# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 2/28/2022 | Time: 2:52 p.m. – 2:56 p.m. | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 21-cv-07164-YGR | Case Name: Anderson v. CBE Group, Inc. | |

**Attorney for Plaintiff:** Alexander Taylor
**Attorney for Defendant:** Brett Goodman

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Initial Case Management Conference - HELD via Zoom Webinar

**Case Management Conference continued to 3/14/2022 at 2:00pm**

Notes:

**Parties shall meet and confer and submit a joint statement indicating whether they would consent to a Magistrate Judge by 3/7/2022.**